**92–1245.** State v. Richard. *Cuyahoga County*, No. 54228. On motion for leave to file delayed appeal. Motion granted.

**92–1246.** State v. Richard. *Cuyahoga County*, No. 57664. On motion for leave to file delayed appeal. Motion granted.

**92–1248.** State v. Richard. *Cuyahoga County*, No. 54227. On motion for leave to file delayed appeal. Motion granted.

**92–1249.** State v. Richard. *Cuyahoga County*, No. 54040. On motion for leave to file delayed appeal. Motion granted.

**92–1271.** State v. Yuhanick. *Wayne County*, No. 2668. On motion for leave to file notice of appeal instanter. Motion granted.

**92–1287.** State v. Law. *Cuyahoga County*, No. 58326. On motion for leave to file delayed appeal. Motion granted.
WRIGHT and RESNICK, JJ., dissent.

## JURISDICTIONAL MOTIONS ALLOWED

**92–847.** State v. Lessin. *Cuyahoga County*, No. 61106. On motion for leave to appeal and on motion for leave to file *amicus* of American Civil Liberties Union. Motions allowed.
RESNICK, J., dissents.

**92–868.** Myers v. Garson. *Summit County*, No. 15214.

**92–909.** Addison v. Ohio River Co. *Hamilton County*, Nos. C–910057 and C–910059. On motion and cross-motion to certify the record. Motions allowed.
MOYER, C.J., and RESNICK, J., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**92–500.** Wickens, Herzer & Panza Co., L.P.A. v. Rhodes. *Cuyahoga County*, No. 59824.

**92–528.** Ware v. Miami Valley Hosp. *Montgomery County*, No. 13078.
MOYER, C.J., H. BROWN and RESNICK, JJ., dissent and would remand this cause to the court of appeals for its consideration in light of *Nelson v. Toledo Oxygen & Equip. Co.* (1992), 63 Ohio St.3d 385, 588 N.E.2d 789.

**92–802.** State v. Byrd. *Hamilton County*, No. C–910340.
WRIGHT, J., dissents.

**92–807.** Sherman v. Fifth Third Bank. *Montgomery County*, Nos. CA 13123 and CA 13141.
DOUGLAS and WRIGHT, JJ., dissent.

**92–809.** Sibert v. Columbus. *Franklin County*, No. 91AP–522.
DOUGLAS, J., dissents.

**92–819.** Leonard v. Bank One of Youngstown. *Mahoning County*, No. 91 C.A. 78.
SWEENEY, J., dissents.
H. BROWN, J., not participating.

**92–820.** Steers v. Cincinnati. *Hamilton County*, No. C–910290.
H. BROWN, J., dissents.